**UNITED STATES of America,
Appellee,**

v.

**Harold W. GREENWELL, Appellant.**

**No. 14361.**

United States Court of Appeals,
Fourth Circuit.

Oct. 6, 1970.

Harold Bradley Evans, Jr., Alexandria, Va. (court-appointed counsel), on the brief, for appellant.

Brian P. Gettings, U. S. Atty., and Justin W. Williams, Asst. U. S. Atty., on the brief, for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BOREMAN, Circuit Judges.

PER CURIAM:

Greenwell was convicted of escaping from the District of Columbia Department of Corrections Maximum Security Facility at Lorton, Virginia. The escape occurred during the pendency of an appeal from a conviction for an earlier escape, which we affirmed. United States v. Greenwell, 4 Cir., 418 F.2d 846. Appointed counsel on this appeal has indicated that he is unable to discover any meritorious issue. In accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, he has filed a brief raising several "arguable" issues and has given Greenwell an opportunity to raise others. On review of the brief and the record we find further briefing or oral argument unnecessary and affirm the judgment of conviction.

Affirmed.

**Gervase J. PURCELL, Jr., Gregory Horan, John R. Keenan, Samuel J. Rosato, James J. Higgins, and Ronald McGuigan, on behalf of Local 169, affiliated with the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, a Labor Organization**

v.

**Frank KEANE, Archie McGowan, Frank Burdy, Bernard Marcus, Andrew O'Hara and William Maloney, Appellants, and Fireman's Fund American Insurance Co.**

**Edward J. Hartsough—defendant on counterclaim.**

**No. 18003.**

United States Court of Appeals,
Third Circuit.

Argued Oct. 6, 1970.

Decided Oct. 12, 1970.

Nelson J. Romisher, Philadelphia, Pa., for appellants.

Malcolm H. Waldron, Philadelphia, Pa. (James A. Burgess, Jr., Philadelphia, Pa., on the brief), for appellees.

Before HASTIE, Chief Judge, and STALEY and GIBBONS, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

This appeal is from an order of the district court dismissing appellants' counterclaim. The order was certified as final in accordance with Rule 54(b) of the F.R.Civ.P., requisite for perfection of an appeal.

The counterclaim was brought against the plaintiffs in their individual capacities. There is no reason why in this situation the rationale of Higgins v. Shenango Pottery Co., 99 F.Supp. 522 (W.D. Pa. 1951), does not apply. Therefore, the order of the district court will be affirmed.